**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ERICK LITTLE,** *et al.***,** ) | |
| ) | |
| **Plaintiffs,** ) | **Civil No. 14-1289 (RMC)** |
| ) | |
| **v.** ) | |
| ) | |
| **WASHINGTON METROPOLITAN AREA** ) | |
| **TRANSIT AUTHORITY,** *et al.***,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ORDER**

For reasons set forth at the status conference held in open court on January 23,

2015, it is hereby

**ORDERED** that Plaintiffs' claims under Title VII, the D.C. Human Rights Act,

the Declaratory Judgment Act, and the Fair Credit Reporting Act against Defendants Executive

Personnel Services, Inc., First Transit, Inc., and Diamond Transportation Services, Inc.

(collectively, the Contractor Defendants) are **STAYED**; and it is

**FURTHER ORDERED** that Contractor Defendants shall be treated as third

parties for the purposes of discovery and are subject to discovery involving Plaintiffs' claims of

discrimination; and it is

**FURTHER ORDERED** that Plaintiffs and Defendant Washington Metropolitan

Area Transit Authority are directed to meet and confer and file their report pursuant to Federal

Rule of Civil Procedure 26(f) no later than February 17, 2015; and it is

**FURTHER ORDERED** that the motions to dismiss filed by the Contractor

Defendants [Dkts. 16, 25, and 44] are **DENIED as moot.**

Date: January 26, 2015                              /s/
                                             ROSEMARY M. COLLYER
                                             United States District Judge