**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **ERICK LITTLE**, *et al.*,           ) | |
|                                        ) | |
| Plaintiffs,                            ) | Civil No. 14-1289 (RMC) |
|                                        ) | |
| v.                                     ) | |
|                                        ) | |
| **WASHINGTON METROPOLITAN AREA**       ) | |
| **TRANSIT AUTHORITY**, *et al.*,       ) | |
|                                        ) | |
| Defendants.                            ) | |

**ORDER**

For the reasons stated in the Opinion issued simultaneously with this Order, it is hereby

**ORDERED** that Defendant Diamond Transportation Service, Inc.'s Motion to Strike Class Allegations [Dkt. 59] is **DENIED**; and it is

**FURTHER ORDERED** that Defendant Washington Metropolitan Area Transit Authority's Motion to Strike Class Allegations [Dkt. 62] is **DENIED**; and it is

**FURTHER ORDERED** that Defendant Executive Personnel Services, Inc.'s Motion to Strike Class Allegations [Dkt. 63] is **DENIED**.

The Court will issue a Scheduling Order in conjunction with this Order.

Date: April 23, 2015

/s/
ROSEMARY M. COLLYER
United States District Judge