# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIK LITTLE, *et al.* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14-cv-01289-RMC |
| ) | |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY, *et al.* ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Ajmel Quereshi of NAACP Legal Defense and Educational Fund, Inc. as counsel in the above-captioned action on behalf of the Plaintiffs.

I certify that I am admitted to practice in this Court.

Date: July 23, 2015            Respectfully submitted,

                                By: /s/ Ajmel Quereshi
                                Ajmel Quereshi (D.C. Bar No. 1012205)
                                NAACP Legal Defense and Educational Fund, Inc.
                                1444 I Street NW
                                Washington, DC 20005
                                Tel.: (202) 216-5574
                                Email: AQuereshi@naacpldf.org