IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERICK LITTLE, *et al.*<br><br>*Plaintiffs*<br><br>v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, *et al.*<br><br>*Defendants.* | Civil Action No. 1:14-cv-01289-RMC |

**JOINT PROPOSED EXPERT DISCOVERY SCHEDULE**

On August 21, 2015, this Court entered a Minute Order (the "August Order") granting in part Plaintiffs' and Washington Metropolitan Area Transit Authority's ("WMATA") Joint Motion to Amend the Scheduling Order. Pursuant to the August Order, fact discovery relevant to class certification is due to close on November 20, 2015, the motion for class certification is due February 3, 2016, the opposition motion is due March 7, 2016, and any reply is due March 24, 2016. This Court also ordered the parties to meet and confer and file by August 28, 2015 a proposed schedule for expert discovery.

Pursuant to that order, Plaintiffs and WMATA met and conferred and hereby jointly propose the following schedule for expert discovery:

1. Plaintiffs' expert report(s) shall be due no later than **December 4, 2015**.

2. WMATA's expert rebuttal report(s) shall be due no later than **January 25, 2016**.

3. Expert depositions shall be completed no later than **February 29, 2016**.

4. Plaintiffs' reply expert report(s) shall be due no later than **March 10, 2016**.

Respectfully submitted,

/s/ Brandie Weddle_____
**Arnold & Porter LLP**
John A. Freedman (DC Bar No. 453075)
Brandie N. Weddle (DC Bar No. 982859)
555 Twelfth Street, NW
Washington, D.C. 20004
John.Freedman@aporter.com
202-942-5316

**Washington Lawyers' Committee for Civil Rights and Urban Affairs**
Matthew Handley (DC Bar No. 489946)
Dennis Corkery (DC Bar No. 1016991)
11 Dupont Circle, NW
Suite 400
Washington, D.C. 20036

**NAACP Legal Defense & Educational Fund, Inc.**
Christina A. Swarns (admitted *pro hac vice*)
Rachel M. Kleinman (admitted *pro hac vice*)
Natasha M. Korgaonkar (admitted *pro hac vice*)
40 Rector Street, 5th Floor
New York, NY 10006

**NAACP Legal Defense & Educational Fund, Inc.**
Ajmel A. Quereshi (DC Bar No. 1012205)
1444 I Street, NW, 10th Floor
Washington, D.C. 20005

*Attorneys for Plaintiffs and the Putative Class*


/s/ Kathleen Kraft_____
**Thompson Coburn LLP**
Harvey A. Levin (DC Bar No. 203869)
Kathleen E. Kraft (DC Bar No. 984445)
1909 K Street, NW, Suite 600
Washington, D.C. 20006
hlevin@thompsoncoburn.com
kkraft@thompsoncoburn.com
202-585-6900

*Counsel for Washington Metropolitan Area Transit Authority*

**CERTIFICATE OF SERVICE**

I certify that on August 28, 2015, I electronically filed and served the foregoing document using the CM/ECF system on all parties receiving CM/ECF electronic service.

/s/ Brandie Weddle
Brandie N. Weddle (DC Bar No. 982859)

*Counsel for Plaintiffs*