**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ERICK LITTLE, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:14-cv-01289-RMC |
| | ) | |
| WASHINGTON METROPOLITAN | ) | |
| AREA TRANSIT AUTHORITY, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>NOTICE OF APPEARANCE</u>**

Please enter the appearance of Peter Romer-Friedman of the Washington Lawyers'

Committee for Civil Rights and Urban Affairs as counsel in the above-captioned action on behalf

of all Plaintiffs.

I certify that I am admitted to practice in this Court.


Dated: September 18, 2015

Respectfully submitted,

   /s/ Peter Romer-Friedman
Peter Romer-Friedman (D.C. Bar No. 993376)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 319-1000
Fax: (202) 319-1010
Email: peter_romerfriedman@washlaw.org